1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRAIG L. GREEN,

          Plaintiff,

        v.

S. GARRETT, et al.,

          Defendants.

Case No. ED CV 13-1704 JLS (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written objections to the report.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered in favor of Defendants.

DATE: October 20, 2015

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE