# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG L. GREEN,<br><br>      Plaintiff,<br><br>      v.<br><br>S. GARRETT, et al.,<br><br>      Defendants. | Case No. ED CV 13-1704 JLS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered in favor of Defendants.

DATE: October 20, 2015

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE